# UNITED STATES PROBATION OFFICE
## DISTRICT OF NEVADA
## MEMORANDUM

RE: Karen Lillian Boka

CASE NO.: CR-S-03-117-LRH(LRL)

## SUPERVISION REPORT
## REQUEST FOR TRAVEL OUTSIDE THE CONTINENTAL UNITED STATES

### November 10, 2005

**TO:** THE HONORABLE LARRY R. HICKS
U.S. District Judge

On October 19, 1998, Karen Boka was sentenced in the Central District of California to sixty-four (64) months custody of the Bureau of Prisons to be followed by a five (5) year term of supervised release for five (5) counts of Mail Fraud. On April 15, 2002, the offender commenced her term of supervision. On March 17, 2003, jurisdiction of this case was accepted by the District of Nevada.

Ms. Boka is suffering from several medical issues and has seen several physicians in the area, however she would like to get a second opinion from doctors in Europe. In addition, her daughter resides in Slovakia and is due to give birth to twins in January. For these reasons, she has requested permission to travel to the Slovak Republic.

Ms. Boka has been a model releasee, complying with all conditions of supervision. She has satisfied all special conditions ordered by the Court, and she is current in her payments toward her financial obligation. She has maintained consistent employment, and there is no indication that Ms. Boka has violated the conditions of supervision.

In view of Ms. Boka's exemplary cooperation with this office, we respectfully recommend that she be allowed to travel outside the continental United States to see her daughter and to seek medical attention.

**PRAYING THAT THE COURT WILL APPROVE INTERNATIONAL TRAVEL FOR KAREN BOKA.**

**Order of the Court:**
**International Travel Approved**

Considered and ordered this 19th day of January, 2006, and ordered filed and made a part of the records in the above case.

_____
Larry R. Hicks
United States District Judge

Respectfully submitted,

_____
WINIFRED R. STAATS
U.S. Probation Officer Assistant

Approved: _____
D. PATRICK FOY, Supervising
U.S. Probation Officer